IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:22-mj-00089-1-JJV

JOEY WAYNE HIGGINS

### ORDER OF DETENTION

Defendant appeared with counsel on this date for a bond hearing. I find by clear and convincing evidence that Defendant is a danger to the community and no condition or combination of conditions will assure its safety. In coming to this conclusion, I have considered, *inter alia*, the nature and circumstances of the offense charged, the weight of the evidence against Defendant, the history and characteristics of Defendant, the unsuitability of the proposed release plan, and the evidence found in Defendant's residence during the execution of the search warrant indicating a particular type of danger that would be posed by his release. For these reasons, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 18th day of April 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.